IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MCKENNA WOODHEAD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLINA RESTAURANT GROUP, INC., and DOES 1 to 25,<br><br>    Defendants. | Civil Action No. 3:24-cv-399 |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff, McKenna Woodhead, and Defendant, Carolina Restaurant, Inc., by and through counsel and respectfully submit this Notice of Settlement and informs the Court that the parties have agreed to resolve the claims in the matter and are proceeding with the preparation of the necessary documents to memorialize their agreement. The parties expect to file a stipulation of dismissal consistent with Fed. R. Civ. P. 41(a) within the next thirty (30) days.

Date: August 1, 2024

By: */s/ Nancy S. Litwak*
    Nancy S. Litwak, Bar No. 47288
    nlitwak@rosenwoodrose.com
    Rosenwood, Rose & Litwak, PLLC
    1712 Euclid Ave.
    Charlotte, NC 28203
    Telephone: 704-228-8578

    Jordan T. Porter
    jordan@nshmlaw.com
    Nye, Stirling, Hale, Miller & Sweet, LLP
    33 West Mission Street, Suite 201
    Santa Barbara, CA 93101
    Telephone: 805-963-2345

*Attorneys for Plaintiff and the Class*

Respectfully submitted,

By: */s/ Stephen D. Dellinger*
    Stephen D. Dellinger, Bar No. 16609
    sdellinger@littler.com
    LITTLER MENDELSON, P.C.
    620 South Tryon Street
    Suite 950
    Charlotte, NC 28202
    Telephone: 704.972.7000
    Facsimile: 704.333.4005

*Attorneys for Defendant*