UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00399-FDW-DCK

| | |
|---|---|
| MCKENNA WOODHEAD, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-25 )<br>CAROLINA RESTAURANT GROUP, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On August 1, 2024, the parties informed the Court they reached a settlement and were in the process of finalizing the terms of the settlement agreement. (Doc. No. 7.) The parties requested 30 days to finalize all the terms of settlement. That time has long expired. The Court ORDERS the parties to file a stipulation of dismissal or status report updating the Court as to the status of this case no later than October 30, 2024. If the parties do not comply with this Order, the Court may dismiss the case without prejudice.

**IT IS SO ORDERED.**

Signed: October 16, 2024

Frank D. Whitney
United States District Judge